ACCEPTED
01-15-00375-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 3:08:13 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00375-CV

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 3:08:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

## LOST CREEK VENTURES LLC D/B/A HAPPY BULLDOG MANAGEMENT, STEPHAN EPSTEIN AND MARILYN ROTH EPSTEIN,
### *Appellants,*

## v.

## ALAN PILGRIM,
### *Appellee.*

_____

### APPELLEE'S MOTION TO DISMISS
### LOST CREEK VENTURES LLC

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee Alan Pilgrim files this motion to ask the Court to dismiss Lost Creek Ventures LLC d/b/a Happy Bulldog Management from the appeal. The Court should dismiss Lost Creek from the appeal because:

(1)     Lost Creek is a corporate entity not represented by an attorney.

(2)     Stephen Epstein, as a Member of Lost Creek, purports to represent the entity "pro se." Mr. Epstein is not an attorney.

(3)     A corporation cannot act pro se through a corporate officer who is not an attorney.

1

## BACKGROUND

Appellee Alan Pilgrim filed suit against Appellees in Travis County Court at Law No. 2 for breach of contract and was awarded damages in a judgment entered on November 10, 2014. Appellants, represented by counsel Tracy J. Willi in the trial court, appealed the judgment on April 2, 2015. Willi withdrew as Appellants' counsel in September 2015 because Appellants were unable to pay their attorney for outstanding fees incurred.

Appellants filed their brief on November 30, 2015. The Epsteins are proceeding pro se. Stephen Epstein, as a Member of Lost Creek, purports to represent the Lost Creek "pro se." Mr. Epstein does not include reference to his bar number and a search of the State Bar of Texas membership roster does not reveal anyone licensed in Texas with the name Stephen Epstein.

## ARGUMENT AND AUTHORITIES

A corporation cannot act pro se through a corporate officer who is not an attorney. *Chavez v. Pugh*, No. 03-15-00395-CV, 2015 WL 5781113, at *1 n.1 (Tex. App.—Austin Oct. 2, 2015, no pet.) (mem. op.) (noting corporation's president could not represent corporation pro se); *Rose Air, LLC v. Brazoria County Appraisal Dist.*, No. 01-13-01085-CV, 2014 WL 2538630, at *1 (Tex. App.—Houston [1st Dist.] June 5, 2014, no pet.) (mem. op.) (dismissing limited liability company's appeal because it was not represented by counsel); *MHL Homebuilder LLC v. Dabal/Graphic Resource*, No. 14-

05-00295-CV, 2005 WL 1404475, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (mem. op.) (same).

Because Lost Creek Ventures, LLC is not represented by counsel, the Court should dismiss the entity from this appeal.

## CONCLUSION

For these reasons, Appellee Alan Pilgrim asks the Court to dismiss Lost Creek Ventures LLC d/b/a Happy Bulldog Management from this appeal. Appellee requests all other relief to which he has shown himself justly entitled to receive.

Date: December 15, 2015

Respectfully submitted,

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs
  State Bar No. 24026905
Kurt Kuhn
  State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
(512) 476-6003
(512) 476-6002 (fax)
Lisa@KuhnHobbs.com

*Attorneys for Appellee, Alan Pilgrim*

3

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I hereby certify that, on December 15, 2015, I conferred with Appellant Marilyn Roth Epstein, Pro Se, regarding this motion. Ms. Epstein indicated that she opposes the relief requested.

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs

## CERTIFICATE OF SERVICE

I hereby certify that, on December 15, 2015, a true and correct copy of this notice was served on the following parties and counsel via e-Service:

Lost Creek Ventures LLC d/b/a Happy Bulldog Management
Marilyn Roth Epstein
Stephan Epstein
7519 Stonecliff Drive
Austin, Texas 78731
organiclady4@gmail.com

/s/ Lisa Bowlin Hobbs
Lisa Bowlin Hobbs